**Order entered December 10, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01453-CV

### IN THE BEST INTEREST AND PROTECTION OF B.J

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MED-18-80461**

## ORDER

This accelerated appeal from an order to administer psychoactive medication was filed November 26, 2018. The clerk's record has been filed; the reporter's record has not. Accordingly, we **ORDER** court reporter Charletta Breed to file the record no later than December 20, 2018. We further **ORDER** appellant's brief filed within ten days of the filing of the reporter's record and appellee's brief filed within ten days of the filing of appellant's brief. Because of the nature of this appeal, we caution that extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Breed and the parties.

/s/     DAVID EVANS
        JUSTICE